Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**John J. Clinemyer III**
**Audrey A. Clinemyer**
  Debtor(s)

Bankruptcy Case No.: 12–71043–JAD
Doc. # 116
Chapter: 13
Docket No.: 118 – 116
Concil. Conf.: November 3, 2016 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **September 19, 2016,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **October 3, 2016,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **November 3, 2016** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 4, 2016

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

```
                          United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                            Case No. 12-71043-JAD
John J. Clinemyer, III                                            Chapter 13
Audrey A. Clinemyer
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0315-7          User: msch                  Page 1 of 2                  Date Rcvd: Aug 04, 2016
                              Form ID: 410                Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2016.
db             +John J. Clinemyer, III,    135 Lakefront Drive,    Loretto, PA 15940-9612
jdb           #+Audrey A. Clinemyer,    135 Lakefront Drive,    Loretto, PA 15940-9612
13558267       +AAS Debt Recovery Inc.,    PO Box 129,    Monroeville, PA 15146-0129
13530229       +AAS Debt Recovery Inc.,    2526 Monroeville Blve., Ste 205A,    Monroeville, PA 15146-2371
13530231       +BAC Home Loans Servicing LP,    7105 Corporate Drive,    Plano, TX 75024-4100
13559446        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13530233       +Beneficial,   PO Box 4153-K,    Carol Stream, IL 60197
13530234        Capital One,    Bankruptcy Claims,    PO Box 85167,    Richmond, VA 23285-5167
13530235        Chase Bank USA NA,    PO Box 15145,    Wilmington, DE 19850-5145
13530236       +Citibank NA,   701 East 60th Street N,    Sioux Falls, SD 57104-0493
13530239      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:    Dell Financial Services,    c/o DFS Customer Care Dept.,
                 PO Box 81577,    Austin, TX 78708-1577)
13530241       +Donald E. Nagy, DDS,    716 Cambria Street,    PO Box 443,    Portage, PA 15946-0443
13530242       +First National Bank of Pennsylvania,    4140 E State Street,    Hermitage, PA 16148-3401
13530245       +HSBC Bank Nevada, NA,    1111 Town Center Drive,    Las Vegas, NV 89144-6364
13530246       +HSBC Retail Services,    PO Box 5244,    Carol Stream, IL 60197-5244
13530248       +KML Law Group, PC,    Suite 5000 - BNY Mellon Independence Cen,    701 Market Street,
                 Philadelphia, PA 19106-1538
13530249       +Macys,   Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
13530251       +NCO Financial Systems, Inc.,    PO Box 4275,    Norcross, GA 30091-4275
13530252        Pennsylvania Department of Revenue,    Dept 280415,    Harrisburg, PA 17128-0415
13530255       +Randall Motors,    3663 Portage Street,    Portage, PA 15946-1100
13530257       +Reliance Savings Bank,    1119 12th Street,    Altoona, PA 16601-3419
13966378       +Veripro Solutions,Inc.,    PO BOX 3244,    Coppell, TX 75019-9244
13530259       +Verizon,   PO Box 3037,    Bloomington, IL 61702-3037
14253498        WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA,    CHRISTIANA TRUST FOR BCAT 2014-9TT,
                 C/O Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville SC  29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc@bass-associates.com Aug 05 2016 00:52:00      Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
13530230        E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 05 2016 00:52:36
                 American Honda Finance Corporation,    National Bankruptcy Center,    PO Box 168088,
                 Irving, TX 75016-8088
13568864        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 05 2016 00:50:00
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13530232        E-mail/Text: bnc@bass-associates.com Aug 05 2016 00:52:00      Bass & Associates,
                 3936 E. Fort Lowell Road, Suite 200,    Tucson, AZ 85712-1083
13530237       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 05 2016 00:52:51
                 Credit Collection Services,    Two Wells Avenue, Dept 9134,    Newton Center, MA 02459-3225
13530238        E-mail/Text: hariasdiaz@creditmanagementcompany.com Aug 05 2016 00:52:46
                 Credit Management Company,    2121 Noblestown Road,    PO Box 16346,    Pittsburgh, PA 15242-0346
13535880        E-mail/Text: mrdiscen@discover.com Aug 05 2016 00:52:04      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13530240        E-mail/Text: mrdiscen@discover.com Aug 05 2016 00:52:04      Discover Financial Services LLC,
                 PO Box 3025,    New Albany, OH 43054-3025
13530243       +E-mail/PDF: gecsedi@recoverycorp.com Aug 05 2016 00:50:23      GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
13530247        E-mail/Text: cio.bncmail@irs.gov Aug 05 2016 00:52:09      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
13595975        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 05 2016 00:52:40      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13530250       +E-mail/Text: egssupportservices@egscorp.com Aug 05 2016 00:52:37
                 NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
13530253        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 05 2016 00:49:51
                 Portfolio Recovery Associates, LLC,    120 Corporate Boulevard,    Norfolk, VA 23502
13599534        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 05 2016 00:49:51
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13530254       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 05 2016 01:15:34
                 PRA Receivables Management, LLC,    POB 12914,    Norfolk, VA 23541-0914
13543507        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 05 2016 00:52:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
13542692        E-mail/Text: bkdepartment@rtresolutions.com Aug 05 2016 00:52:38
                 Real Time Resolutions, Inc.,    1349 Empire Central Dr, Suite 150,    P.O. Box 36655,
                 Dallas, TX 75247
13530256        E-mail/Text: bkdepartment@rtresolutions.com Aug 05 2016 00:52:38
                 Real Time Resolutions, Inc.,    Agent for Countrywide/Bank of America,
                 1750 Regal Row, Suite 120,    Dallas, TX 75235
13530258       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 05 2016 00:49:54      Resurgent Capital,
                 PO Box 10497,    Greenville, SC 29603-0497
```

```
District/off: 0315-7          User: msch                   Page 2 of 2              Date Rcvd: Aug 04, 2016
                              Form ID: 410                 Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14119808        +E-mail/Text: Bankruptcy@wsfsbank.com Aug 05 2016 00:52:57
                  Wilmington Savings Fund Society, FSB,    500 Delware Avenue, 11th Floor,
                  Wilmington Delaware 19801-7405
13616358        +E-mail/Text: bnc@bass-associates.com Aug 05 2016 00:52:01
                  eCAST Settlement Corp,Assignee of Capital One, N.A,    Bass & Associates, P.C.,
                  3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
                                                                                                TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Shellpoint Mortgage Servicing
cr              Veripro Solutions, Inc.
cr              WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine
cr*            +Pennsylvania Department Of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA  17128-0946
13623385*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                  PO Box 10390,   Greenville, SC 29603-0390)
13530244       ##+Homady Law,   517 Allegheny Street,    PO Box 507,   Hollidaysburg, PA 16648-0507
13530260       ##+Verizon Wireless,    PO Box 3397,    Bloomington, IL 61702-3397
                                                                                   TOTALS: 4, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Theresa C  Homady    on behalf of Debtor John J. Clinemyer, III thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
              Theresa C  Homady    on behalf of Joint Debtor Audrey A. Clinemyer thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
              Theresa C  Homady    on behalf of Plaintiff Audrey A. Clinemyer thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
              Theresa C  Homady    on behalf of Plaintiff John J. Clinemyer, III thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
                                                                                                 TOTAL: 8
```