IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 12-71043-JAD |
| John J. Clinemyer, III | : | Chapter 13 |
| Audrey A. Clinemyer | : | Document No. |
|    Debtors | : | |
| | | |
| Shellpoint Mortgage Servicing | : | |
|    Movant | : | Related to Document No. 117 |
| | : | |
| v. | : | Claim No. 8 |
| | : | |
| John J. Clinemyer, III | : | |
| Audrey A. Clinemyer | : | |
| | : | |
|    and | : | |
| | : | |
| Ronda J. Winnecour, Esq. (Trustee) | : | |
|    Resondents | : | |

## **DECLARATION OF ATTORNEY**

I, Theresa C. Homady, Esquire, counsel for the above captioned Debtor, hereby declare that I have reviewed the **Mortgage Analysis for Payment Change** filed by Shellpoint Mortgage Servicing at Document No. ___, for Claim No. 8-1, in this case and hereby declare that to the best of my knowledge, information and belief, the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt payment of $1,451.78, as Debtor has been paying $1,659.54 a month, and the plan covers the new payment.

Dated:    August 18, 2016           /s/ Theresa C. Homady
                                    Theresa C. Homady, Esquire
                                    Homady Law
                                    317 Union Street, Suite 105
                                    Hollidaysburg, PA 16648
                                    (814) 696-4020
                                    thomady1@msn.com
                                    PA Supreme Court ID No. 47042