IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>John J. Clinemyer, III<br>Audrey A. Clinemyer<br>    Debtor(s) | :<br>:<br>:<br>: | Bankruptcy No. 12-71043-JAD<br><br>Chapter 13 |
| John J. Clinemyer, III<br>    Movant(s)<br><br>            v.<br><br>Cambria County Transit Authority<br>    Respondents | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br>Document No. 124 |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

    The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan:
    IT IS, THEREFORE, **ORDERED** that until further order of this Court, the entity from which the Debtor receives income:

    Cambria County Transit Authority
    502 Maple Avenue
    Johnstown, PA 15901

shall deduct from that income the sum of **$935.00**, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

    RONDA J. WINNECOUR
    CHAPTER 13 TRUSTEE, W.D.PA.
    PO BOX 84051
    CHICAGO, IL 60689-4002

    **IT IS FURTHER ORDERED** that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.
    **IT IS FURTHER ORDERED** that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full Social Security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included in the certificate.
    **IT IS FURTHER ORDERED** that all remaining income of the Debtor, except the amount required to be withheld for taxes, Social Security, insurance, pension or union dues shall be paid to the Debtor in accordance with usual payment procedures.
    **IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF THE DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.**
    **IT IS FURTHER ORDERED** that this order supersedes previous orders made to the above-named entity in this case.
    **IT IS FURTHER ORDERED** that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

**IT IS FURTHER ORDERED** that the debtor(s) shall remain responsible for timely making all monthly Plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. any failure to timely remit in full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to the debtor and the estate.

DATED September 22, 2016

_____
Jeffery A. Deller                       mas
Chief United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    **Audrey A. and** John J. Clinemyer, III
    Theresa C. Homady, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Truste

FILED
9/22/16 10:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
John J. Clinemyer, III
Audrey A. Clinemyer
    Debtors

Case No. 12-71043-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7    User: msch    Page 1 of 1    Date Rcvd: Sep 22, 2016
                Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2016.
db        +John J. Clinemyer, III,   135 Lakefront Drive,   Loretto, PA 15940-9612
jdb       #+Audrey A. Clinemyer,   135 Lakefront Drive,   Loretto, PA 15940-9612
           +Cambria County Transit Authority,   Attn: Payroll Dept.,   502 Maple Avenue,
             Johnstown, PA 15901-1437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2016 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
       as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
       2014-9TT agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Theresa C  Homady    on behalf of Plaintiff John J. Clinemyer, III thomady1@msn.com,
       homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
      Theresa C  Homady    on behalf of Debtor John J. Clinemyer, III thomady1@msn.com,
       homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
      Theresa C  Homady    on behalf of Joint Debtor Audrey A. Clinemyer thomady1@msn.com,
       homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
      Theresa C  Homady    on behalf of Plaintiff Audrey A. Clinemyer thomady1@msn.com,
       homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
                                                                            TOTAL: 8