IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

\* \* \* \* \*

| | | |
|---|---|---|
| IN RE: | John J. Clinemyer, III<br>Audrey A. Clinemyer | Case # 12-71043-JAD<br>Chapter 13 |
| | Debtor(s) | Related to<br>Document No. 125 |

### CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER

I, Theresa C. Homady, Esquire, of Homady Law, 317 Union Street, Suite 105, Hollidaysburg, PA 16648, CERTIFY:

That I am, and at all times hereinafter mentioned, was more than 18 years of age:

That on September 23, 2016, I served a copy of the Wage Attachment Order, *together with a Notification of Debtor's Social Security Number,* filed in this proceeding, on the Employer by First Class Mail, USPS, at the following address:

Cambria County Transit Authority
502 Maple Avenue
Johnstown, PA 15901

I certify under Penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2016

/s/ Theresa C. Homady
Theresa C. Homady, Esquire
Homady Law
317 Union Street, Suite 105
Hollidaysburg, PA 16648
PA Supreme Court ID # 47042
(814) 696-4020