UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

**Debtor:** JOHN J. & AUDREY A. CLINEMYER
**Case Number:** 12-71043-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, NOVEMBER 03, 2016 09:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#116 - Trustee's Certificate of Default to Dismiss
+ Declaration (Current Plan is sufficient to accommodate Plan Change) filed 8/18/2016

#123 - Amended Plan Dated 9/19/2016 - FC
R / M #:  0 / 0

## Appearances:

Debtor: Hamady
Trustee: Winnecour / Bedford / Pail / Katz
Creditor:

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 1/19/17 at 2:00 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Debtor separated & had fewer hours. Debtor is submitting lump sum payment of $3000 that will affect funding. Continuing to confirm receipt and for repayment.

FILED
NOV 04 2016
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

10/26/2016  1:37:19PM