UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>John J. Clinemyer, III<br>Audrey A. Clinemyer<br>    Debtors | : <br> : <br> : <br> : | Bankruptcy No. 12-71043-JAD<br>Chapter 13<br>Doc. No. 130 |
| John J. Clinemyer, III<br>    Movant<br><br>v.<br><br>Penn Dot<br>    Respondent | : <br> : <br> : <br> : <br> : <br> : <br> : | Related to Doc. No. 95 |

ORDER ON MOTION TO TERMINATE WAGE ATTACHMENT

AND NOW, this **18th** day of **January**, 2017, in consideration of the fact that Joint Debtor John J. Clinemyer, III is no longer employed by the Commonwealth of Pennsylvania / PennDot, the Wage Attachment Order dated November 3, 2014, is hereby TERMINATED.

BY THE COURT:

_____
Jeffery A. Deller
Chief United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Audrey A. and John J. Clinemyer, III
    Theresa C. Homady, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
1/18/17 7:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-71043-JAD
John J. Clinemyer, III                                                  Chapter 13
Audrey A. Clinemyer
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch              Page 1 of 1          Date Rcvd: Jan 18, 2017
                              Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2017.
db            +John J. Clinemyer, III,   135 Lakefront Drive,   Loretto, PA 15940-9612
jdb          #+Audrey A. Clinemyer,   135 Lakefront Drive,   Loretto, PA 15940-9612
              +Commonwealth of Pennsylvania,   HR Service Center,   Employee Services Division,   P.O. Box 824,
                Harrisburg, PA 17108-0824

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                                        Signature:   /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Theresa C  Homady    on behalf of Plaintiff John J. Clinemyer, III thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
              Theresa C  Homady    on behalf of Debtor John J. Clinemyer, III thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
              Theresa C  Homady    on behalf of Joint Debtor Audrey A. Clinemyer thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
              Theresa C  Homady    on behalf of Plaintiff Audrey A. Clinemyer thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
                                                                                             TOTAL: 9