FILED
1/23/17 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>JOHN J. CLINEMYER, III<br>AUDREY A. CLINEMYER<br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>JOHN J. CLINEMYER, III<br>AUDREY A. CLINEMYER<br>Respondent(s) | Case No. 12-71043JAD<br>Chapter 13<br><br>Related to Document No. 116 |

### ORDER

AND NOW, this __23rd__ day of __January__, 20__17__, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐    This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐    This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

Motion Withdrawn by Chapter 13 Trustee at the
1/19/2017 Conciliation Conference.



```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                                    Case No. 12-71043-JAD
John J. Clinemyer, III                                                    Chapter 13
Audrey A. Clinemyer
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0315-7           User: jhel                   Page 1 of 2                   Date Rcvd: Jan 23, 2017
                               Form ID: pdf900              Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
db            +John J. Clinemyer, III,    135 Lakefront Drive,    Loretto, PA 15940-9612
jdb          #+Audrey A. Clinemyer,    135 Lakefront Drive,    Loretto, PA 15940-9612
13530229      +AAS Debt Recovery Inc.,    2526 Monroeville Blve., Ste 205A,    Monroeville, PA 15146-2371
13558267      +AAS Debt Recovery Inc.,    PO Box 129,    Monroeville, PA 15146-0129
13530231      +BAC Home Loans Servicing LP,    7105 Corporate Drive,    Plano, TX 75024-4100
13559446       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13530233       Beneficial,    PO Box 4153-K,    Carol Stream, IL 60197-4153
13530234       Capital One,    Bankruptcy Claims,    PO Box 85167,    Richmond, VA 23285-5167
13530235       Chase Bank USA NA,    PO Box 15145,    Wilmington, DE 19850-5145
13530236      +Citibank NA,    701 East 60th Street N,    Sioux Falls, SD 57104-0493
13530239     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,    c/o DFS Customer Care Dept.,
                PO Box 81577,    Austin, TX 78708-1577)
13530241      +Donald E. Nagy, DDS,    716 Cambria Street,    PO Box 443,    Portage, PA 15946-0443
13530242      +First National Bank of Pennsylvania,    4140 E State Street,    Hermitage, PA 16148-3401
13530245      +HSBC Bank Nevada, NA,    1111 Town Center Drive,    Las Vegas, NV 89144-6364
13530246      +HSBC Retail Services,    PO Box 5244,    Carol Stream, IL 60197-5244
13530248      +KML Law Group, PC,    Suite 5000 - BNY Mellon Independence Cen,    701 Market Street,
                Philadelphia, PA 19106-1538
13530249      +Macys,    Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
13530251      +NCO Financial Systems, Inc.,    PO Box 4275,    Norcross, GA 30091-4275
13530252       Pennsylvania Department of Revenue,    Dept 280415,    Harrisburg, PA 17128-0415
13530255      +Randall Motors,    3663 Portage Street,    Portage, PA 15946-1100
13530257      +Reliance Savings Bank,    1119 12th Street,    Altoona, PA 16601-3419
13966378      +Veripro Solutions,Inc.,    PO BOX 3244,    Coppell, TX 75019-9244
13530259      +Verizon,    PO Box 3037,    Bloomington, IL 61702-3037
14253498       WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA,    CHRISTIANA TRUST FOR BCAT 2014-9TT,
                C/O Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville SC  29603-0826
13616358       eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bnc@bass-associates.com Jan 24 2017 01:42:28     Capital One, N.A.,
                Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
13530230       E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 24 2017 01:43:03
                American Honda Finance Corporation,    National Bankruptcy Center,    PO Box 168088,
                Irving, TX 75016-8088
13568864       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 24 2017 01:59:18
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
13530232       E-mail/Text: bnc@bass-associates.com Jan 24 2017 01:42:28     Bass & Associates,
                3936 E. Fort Lowell Road, Suite 200,    Tucson, AZ 85712-1083
13530237      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 24 2017 01:43:23
                Credit Collection Services,    Two Wells Avenue, Dept 9134,    Newton Center, MA 02459-3225
13530238       E-mail/Text: hariasdiaz@creditmanagementcompany.com Jan 24 2017 01:43:11
                Credit Management Company,    2121 Noblestown Road,    PO Box 16346,    Pittsburgh, PA 15242-0346
13535880       E-mail/Text: mrdiscen@discover.com Jan 24 2017 01:42:30     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13530240       E-mail/Text: mrdiscen@discover.com Jan 24 2017 01:42:30     Discover Financial Services LLC,
                PO Box 3025,    New Albany, OH 43054-3025
13530243      +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2017 01:59:09     GE Capital Retail Bank,
                Attn: Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
13530247       E-mail/Text: cio.bncmail@irs.gov Jan 24 2017 01:42:37     Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
13595975       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 24 2017 01:43:07     Jefferson Capital Systems LLC,
                PO BOX 7999,    SAINT CLOUD MN 56302-9617
13530250      +E-mail/Text: egssupportservices@egscorp.com Jan 24 2017 01:43:05
                NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
13530253       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2017 02:14:59
                Portfolio Recovery Associates, LLC,    120 Corporate Boulevard,    Norfolk, VA 23502
13599534       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2017 02:14:56
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13530254      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2017 01:58:59
                PRA Receivables Management, LLC,    PO Box 12914,    Norfolk, VA 23541-0914
13543507       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 24 2017 01:42:50
                Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                Harrisburg PA  17128-0946
13542692       E-mail/Text: bkdepartment@rtresolutions.com Jan 24 2017 01:43:05
                Real Time Resolutions, Inc.,    1349 Empire Central Dr, Suite 150,    P.O. Box 36655,
                Dallas, TX 75247
13530256       E-mail/Text: bkdepartment@rtresolutions.com Jan 24 2017 01:43:05
                Real Time Resolutions, Inc.,    Agent for Countrywide/Bank of America,
                1750 Regal Row, Suite 120,    Dallas, TX 75235
```

```
District/off: 0315-7          User: jhel              Page 2 of 2            Date Rcvd: Jan 23, 2017
                              Form ID: pdf900         Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13530258         +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2017 01:58:25      Resurgent Capital,
                  PO Box 10497,    Greenville, SC 29603-0497
14119808         +E-mail/Text: Bankruptcy@wsfsbank.com Jan 24 2017 01:43:32
                  Wilmington Savings Fund Society, FSB,    500 Delware Avenue, 11th Floor,
                  Wilmington Delaware 19801-7405
                                                                                                TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Shellpoint Mortgage Servicing
cr              Veripro Solutions, Inc.
cr              WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine
cr*             Pennsylvania Department Of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA   17128-0946
13623385*       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                   PO Box 10390,   Greenville, SC 29603-0390)
13530244        ##+Homady Law,    517 Allegheny Street,    PO Box 507,    Hollidaysburg, PA 16648-0507
13530260        ##+Verizon Wireless,    PO Box 3397,    Bloomington, IL 61702-3397
                                                                                    TOTALS: 4, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Theresa C  Homady    on behalf of Debtor John J. Clinemyer, III thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
              Theresa C  Homady    on behalf of Joint Debtor Audrey A. Clinemyer thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
              Theresa C  Homady    on behalf of Plaintiff Audrey A. Clinemyer thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
              Theresa C  Homady    on behalf of Plaintiff John J. Clinemyer, III thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
                                                                                                 TOTAL: 9
```