**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/03/2018

IN RE:

| | |
|---|---|
| JOHN J. CLINEMYER, III<br>AUDREY A. CLINEMYER<br>135 LAKEFRONT DRIVE<br>LORETTO, PA 15940<br>XXX-XX-0582        Debtor(s)<br>XXX-XX-9438 | Case No.12-71043 JAD<br><br>Chapter 13 |

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/3/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| C/O SHELLPOINT MORTGAGE SVCNG | Court Claim Number:8 | ACCOUNT NO.: 8448 |
| PO BOX 10826 | | |
| | CLAIM: 13,572.78 | |
| GREENVILLE, SC 29603-0826 | COMMENT: LOAN MOD @ CID 38*TRIAL PMT/OE *DKT4LMT*1ST*BAC/PL*FR BOA-DOC 109*FR | |
| **FIRST NATIONAL BANK OF PA(*)** | Trustee Claim Number:2   INT %: 7.85% | CRED DESC: VEHICLE |
| LOAN ADJUSTMENT DEPT* | Court Claim Number:9 | ACCOUNT NO.: 9345 |
| 4140 E STATE ST | | |
| | CLAIM: 7,713.59 | |
| HERMITAGE, PA 16148 | COMMENT: $/CL-PL@7.85%@K/PL*PL=K | |
| **VERIPRO SOLUTIONS INC** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 3244 | Court Claim Number:5 | ACCOUNT NO.: 6651 |
| | CLAIM: 64,947.70 | |
| COPPELL, TX 75019 | COMMENT: UNS/OE*2ND*FR REAL TIME-DOC 102 | |
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:3 | ACCOUNT NO.: 0582 |
| PO BOX 7317 | | |
| | CLAIM: 7,153.53 | |
| PHILADELPHIA, PA 19101-7317 | COMMENT: C3GOVS/CNF*$/CL-PL | |
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:6-2 | ACCOUNT NO.: 0582 |
| STRAWBERRY SQ | | |
| | CLAIM: 1,435.75 | |
| HARRISBURG, PA 17128 | COMMENT: $/CL-PL*C 6-2 VALID ONLY C 21 W/DRAWN*DK | |
| **AMERICAN HONDA FINANCE CORP*** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| NATIONAL BANKRUPTCY CENTER | Court Claim Number:1 | ACCOUNT NO.: 4600 |
| POB 168088 | | |
| | CLAIM: 3,779.06 | |
| IRVING, TX 75016-8088 | COMMENT: 4 WHLR REPO~DEF*DISPUTED/SCH | |
| **CREDIT COLLECTION SERVICES** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 94 WELLS AVE | Court Claim Number: | ACCOUNT NO.: 8261 |
| | CLAIM: 0.00 | |
| NEWTON, MA 02166 | COMMENT: ALLSTATE INS/SCH | |
| **CREDIT MANAGEMENT CO** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.: 1716 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15205-3956 | COMMENT: MT NITTANY MDCL CNTR/SCH | |
| **DELL FINANCIAL SERVICES LLC** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAP SVCS | Court Claim Number:18 | ACCOUNT NO.: 0093 |
| POB 10390 | | |
| | CLAIM: 1,492.03 | |
| GREENVILLE, SC 29603-0390 | COMMENT: NO NUM/SCH | |
| **DISCOVER BANK(*)** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DB SERVICING CORP | Court Claim Number:2 | ACCOUNT NO.: 7925 |
| PO BOX 3025 | | |
| | CLAIM: 6,363.91 | |
| NEW ALBANY, OH 43054-3025 | COMMENT: | |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **DISCOVER BANK(*)**<br>C/O DB SERVICING CORP<br>PO BOX 3025<br><br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 3,517.25<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6652 |
| **DONALD E NAGY, DDS**<br>716 CAMBRIA ST<br>POB 443<br><br>PORTAGE, PA  15946 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br><br>HERMITAGE, PA  16148 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: REPO~DEF/SCH*CL @ cid 34 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8120 |
| **HSBC BANK++**<br>POB 5253<br><br>CAROL STREAM, IL  60197 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **ECAST SETTLEMENT CORP****<br>PO BOX 28136<br><br>NEW YORK, NY  10087-8136 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 142.66<br>COMMENT: NO NUM/SCH*CAP ONE/HSBC/BOSCOV'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1845 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 3,011.77<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0582 |
| **MACY'S++**<br>C/O GE CAPTL CNSMR CARD CO A<br>DIV OF GECC, POB 29106<br><br>SHAWNEE MISSION, KS  66201 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **NCO FINANCIAL SYSTEMS INC(*)++**<br>507 PRUDENTIAL RD<br><br>HORSHAM, PA  19044 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA  23502 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: JPMORGAN CHASE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 896.51<br>COMMENT: GEMB/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2977 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 15<br><br>CLAIM: 21,733.90<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1836 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 19<br><br>CLAIM: 2,246.44<br>COMMENT: CAP ONE/HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9305 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 16<br><br>CLAIM: 260.50<br>COMMENT: CITIBANK/THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3311 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 20<br><br>CLAIM: 11,475.73<br>COMMENT: HSBC/BENEFICIAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8673 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 14<br><br>CLAIM: 7,157.12<br>COMMENT: NO NUM/SCH*FIA/BOA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5031 |
| **RANDALL MOTORS**<br>3663 12TH ST<br><br>PORTAGE, PA  15946 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **RELIANCE SAVINGS BANK**<br>POB 1968<br><br>ALTOONA, PA  16603 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 10<br><br>CLAIM: 219.58<br>COMMENT: NO NUM/SCH*SEE CID35*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **VERIZON WIRELESS\*\*++**<br>BANKRUPTCY ADMINISTRATION<br>PO BOX 3397<br><br>BLOOMINGTON, IL  61702 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number: 30  INT %: 3.00%<br>Court Claim Number: 6-2<br><br>CLAIM: 1,302.02<br>COMMENT: $/CL-PL@3%*NO SEC/SCH*C 6-2 VALID ONLY C 21 W/DRAWN*DK | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0582 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA  17128 | Trustee Claim Number:31  INT %: 0.00% <br> Court Claim Number:6-2 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0582 | CLAIM: 371.58 <br> COMMENT: C21: 371.58 W/DRAWN-DOC 49*C 6-2 VALID |
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B** <br> C/O SHELLPOINT MORTGAGE SVCNG <br> PO BOX 10826 <br> GREENVILLE, SC  29603-0826 | Trustee Claim Number:32  INT %: 0.00% <br> Court Claim Number:8 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 8448 | CLAIM: 0.00 <br> COMMENT: LOAN MOD @ CID 38*$0/PL*CL=70442.37*1ST*FR BOA-DOC 109*FR RUSHMORE-DO |
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B** <br> C/O SHELLPOINT MORTGAGE SVCNG <br> PO BOX 10826 <br> GREENVILLE, SC  29603-0826 | Trustee Claim Number:33  INT %: 0.00% <br> Court Claim Number:8 | CRED DESC: MORTGAGE REGULAR PAYME <br> ACCOUNT NO.: 8448 | CLAIM: 0.00 <br> COMMENT: LN MOD@CID 38*PMT/C~1754.73/PL-NTC*1931.70x(60+2)=LMT*NTC-LOSS MIT PND |
| **FIRST NATIONAL BANK OF PA**** <br> C/O AAS  - POB 129 <br> 2526 MONROEVILLE BLVD STE 103 <br> MONROEVILLE, PA  15146 | Trustee Claim Number:34  INT %: 0.00% <br> Court Claim Number:7 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 43818120 | CLAIM: 8,855.49 <br> COMMENT: AVD/DOE*SCH@13*JUDGMENT*DK |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ** <br> PO BOX 248838 <br> OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:35  INT %: 0.00% <br> Court Claim Number:11 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7008 | CLAIM: 490.05 <br> COMMENT: SCH@CID28?*DK |
| **JEFFERSON CAPITAL SYSTEMS LLC*** <br> PO BOX 772813 <br> CHICAGO, IL  60677-2813 | Trustee Claim Number:36  INT %: 0.00% <br> Court Claim Number:12 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5029 | CLAIM: 1,726.68 <br> COMMENT: NT/SCH*INTRNTL CLCTN SVCS~HHOLD FIN |
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA  17128 | Trustee Claim Number:37  INT %: 0.00% <br> Court Claim Number:21 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 0582 | CLAIM: 0.00 <br> COMMENT: CL @ 1302.02 W/DRAWN-DOC 49*AMDS 6,6-2 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B** <br> C/O SHELLPOINT MORTGAGE SVCNG <br> PO BOX 10826 <br> GREENVILLE, SC  29603-0826 | Trustee Claim Number:38  INT %: 0.00% <br> Court Claim Number:08 | CRED DESC: MORTGAGE REGULAR PAYME <br> ACCOUNT NO.: 8448 | CLAIM: 0.00 <br> COMMENT: PMT/DECL*DKT4PMT-LMT*1ST*LOAN MOD BGN 10/13*W/1,33,32*DK*FR BOA-DOC |
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B** <br> C/O SHELLPOINT MORTGAGE SVCNG <br> PO BOX 10826 <br> GREENVILLE, SC  29603-0826 | Trustee Claim Number:39  INT %: 0.00% <br> Court Claim Number:8-2 | CRED DESC: MORTGAGE REGULAR PAYME <br> ACCOUNT NO.: 8448 | CLAIM: 0.00 <br> COMMENT: PNDNG TEE OBJ/CL 8-2*LN MOD@CID 38*CL @ 235755.73 W/DRAWN-DOC 91*FR B |