IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 12-71043JAD |
| John J. Clinemyer, III ) | |
| Audrey A. Clinemyer ) | Chapter 13 |
|     Debtor ) | |
| ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | |
| ) | |
|     Vs. ) | |
| John J. CLinemyer, III ) | |
| Audrey A. Clinemyer ) | |
|     Respondent ) | |

AMENDED NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

    Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

    If no response is timely filed from any party in interest, the motion will be granted by default without a hearing.  If a written response is timely filed, a hearing on the Trustee's motion will be held on March 9, 2018 at 10:00 a.m. in Bankruptcy Courtroom B, Penn Traffic Building First Floor, 316 Washington Street Johnstown PA 15901.   Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response with the Bankruptcy Court and serve a copy on the Trustee on or before February 13, 2018.

    In the event that the Trustee's Motion to Dismiss is granted, a notice of the dismissal pursuant to Bankruptcy Rule 2002 (f) shall be mailed to all creditors and parties in interest.

                                           /s/ Ronda J. Winnecour
1/23/2018                       Ronda J. Winnecour (PA I.D.#30399)
date                             Attorney and Chapter 13 Trustee
                                      U.S. Steel Tower – Suite 3250
                                      600 Grant Street
                                      Pittsburgh, PA  15219
                                      (412) 471-5566
                                      cmecf@chapter13trusteewdpa.com