IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>John J. Clinemyer, III<br>Audrey A. Clinemyer<br>  Debtor<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>  Movant(s)<br><br>Vs.<br>John J. CLinemyer, III<br>Audrey A. Clinemyer<br>  Respondent | Bankurptcy No. 12-71043-JAD<br><br>Chapter 13<br><br>Related To Doc No. 140 |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF TRUSTEE FOR DISMISSAL

TO THE RESPONDENT:

 You are hereby notified that the Movant seeks an order affecting your rights or property. YOUR CASE MAY BE DISMISSED WITH PREJUDICE, DISQUALIFYING YOU FROM FILING BANKRUPTCY AGAIN FOR AT LEAST 180 DAYS.

 You are further notified to file a written response to the attached motion, with the Bankruptcy Court and serve a copy on the Trustee. Responses are due on or before **February 13, 2018**. If you fail to timely respond, the motion may be granted and a judgment entered against you by the Court at the hearing. See Local Bankruptcy Rule 9013.4.

 You should take this to your lawyer at once.

 With or without your written response, the Trustee will file the motion with the Clerk of Bankruptcy Court. A hearing will be held before Judge Deller on **March 9, 2018 at 10:00 a.m. in Courtroom B, Penn Traffic Building First Floor, 316 Washington Street, Johnstown, PA 15901**. Only a limited amount of time (15 minutes) is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Clerk.

<u>1-23-2018</u>　　　　　　　　　Ronda J. Winnecour (PA I.D. #30399)
date　　　　　　　　　　　　　Attorney and Chapter 13 Trustee
　　　　　　　　　　　　　　　U.S. Steel Tower – Suite 3250
　　　　　　　　　　　　　　　600 Grant Street
　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　(412) 471-5566

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-71043-JAD
John J. Clinemyer, III                                                    Chapter 13
Audrey A. Clinemyer
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch              Page 1 of 2              Date Rcvd: Jan 24, 2018
                              Form ID: pdf900         Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2018.
```
db             +John J. Clinemyer, III,    135 Lakefront Drive,    Loretto, PA 15940-9612
jdb           #+Audrey A. Clinemyer,    135 Lakefront Drive,    Loretto, PA 15940-9612
13558267       +AAS Debt Recovery Inc.,    PO Box 129,    Monroeville, PA 15146-0129
13530229       +AAS Debt Recovery Inc.,    2526 Monroeville Blve., Ste 205A,    Monroeville, PA 15146-2371
13530231       +BAC Home Loans Servicing LP,    7105 Corporate Drive,    Plano, TX 75024-4100
13559446        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13530233        Beneficial,    PO Box 4153-K,    Carol Stream, IL 60197-4153
13530234        Capital One,    Bankruptcy Claims,    PO Box 85167,    Richmond, VA 23285-5167
13530235        Chase Bank USA NA,    PO Box 15145,    Wilmington, DE 19850-5145
13530236       +Citibank NA,    701 East 60th Street N,    Sioux Falls, SD 57104-0493
13530239      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:   Dell Financial Services,    c/o DFS Customer Care Dept.,
                 PO Box 81577,    Austin, TX 78708-1577)
13530241       +Donald E. Nagy, DDS,    716 Cambria Street,    PO Box 443,    Portage, PA 15946-0443
13530242       +First National Bank of Pennsylvania,    4140 E State Street,    Hermitage, PA 16148-3401
13530245       +HSBC Bank Nevada, NA,    1111 Town Center Drive,    Las Vegas, NV 89144-6364
13530246       +HSBC Retail Services,    PO Box 5244,    Carol Stream, IL 60197-5244
13530248       +KML Law Group, PC,    Suite 5000 - BNY Mellon Independence Cen,    701 Market Street,
                 Philadelphia, PA 19106-1538
13530249       +Macys,    Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
13530251       +NCO Financial Systems, Inc.,    PO Box 4275,    Norcross, GA 30091-4275
13530252        Pennsylvania Department of Revenue,    Dept 280415,    Harrisburg, PA 17128-0415
13530255       +Randall Motors,    3663 Portage Street,    Portage, PA 15946-1100
13530257       +Reliance Savings Bank,    1119 12th Street,    Altoona, PA 16601-3419
13966378       +Veripro Solutions,Inc.,    PO BOX 3244,    Coppell, TX 75019-9244
13530259       +Verizon,    PO Box 3037,    Bloomington, IL 61702-3037
13530260       +Verizon Wireless,    PO Box 3397,    Bloomington, IL 61702-3397
14253498        WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA,    CHRISTIANA TRUST FOR BCAT 2014-9TT,
                 C/O Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville SC  29603-0826
13616358        eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bnc@bass-associates.com Jan 25 2018 03:03:58     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
13530230        E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 25 2018 03:04:55
                 American Honda Finance Corporation,    National Bankruptcy Center,    PO Box 168088,
                 Irving, TX 75016-8088
13568864        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 25 2018 03:16:22
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13530232        E-mail/Text: bnc@bass-associates.com Jan 25 2018 03:03:58     Bass & Associates,
                 3936 E. Fort Lowell Road, Suite 200,    Tucson, AZ 85712-1083
13530237       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 25 2018 03:05:23
                 Credit Collection Services,    Two Wells Avenue, Dept 9134,    Newton Center, MA 02459-3225
13530238        E-mail/Text: kcarter@creditmanagementcompany.com Jan 25 2018 03:05:06
                 Credit Management Company,    2121 Noblestown Road,    PO Box 16346,    Pittsburgh, PA 15242-0346
13535880        E-mail/Text: mrdiscen@discover.com Jan 25 2018 03:03:59     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13530240        E-mail/Text: mrdiscen@discover.com Jan 25 2018 03:03:59     Discover Financial Services LLC,
                 PO Box 3025,    New Albany, OH 43054-3025
13530243       +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2018 03:09:45     GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
13530247        E-mail/Text: cio.bncmail@irs.gov Jan 25 2018 03:04:08     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
13595975        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 25 2018 03:05:02     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13530250       +E-mail/Text: egssupportservices@alorica.com Jan 25 2018 03:04:56
                 NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
13530253        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 25 2018 03:22:31
                 Portfolio Recovery Associates, LLC,    120 Corporate Boulevard,    Norfolk, VA 23502
13599534        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 25 2018 03:16:21
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13530254       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 25 2018 03:16:38
                 PRA Receivables Management, LLC,    PO Box 12914,    Norfolk, VA 23541-0914
13543507        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 25 2018 03:04:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
13542692        E-mail/Text: bkdepartment@rtresolutions.com Jan 25 2018 03:04:56
                 Real Time Resolutions, Inc.,    1349 Empire Central Dr, Suite 150,    P.O. Box 36655,
                 Dallas, TX 75247
13530256        E-mail/Text: bkdepartment@rtresolutions.com Jan 25 2018 03:04:56
                 Real Time Resolutions, Inc.,    Agent for Countrywide/Bank of America,
                 1750 Regal Row, Suite 120,    Dallas, TX 75235
```

```
District/off: 0315-7          User: msch              Page 2 of 2                    Date Rcvd: Jan 24, 2018
                              Form ID: pdf900         Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13530258       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 25 2018 03:16:20      Resurgent Capital,
                 PO Box 10497,    Greenville, SC 29603-0497
14119808       +E-mail/Text: Bankruptcy@wsfsbank.com Jan 25 2018 03:05:31
                 Wilmington Savings Fund Society, FSB,    500 Delware Avenue, 11th Floor,
                 Wilmington Delaware 19801-7405
                                                                                              TOTAL: 20

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A.
cr             Shellpoint Mortgage Servicing
cr             Veripro Solutions, Inc.
cr             WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine
cr*            Pennsylvania Department Of Revenue,   Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13623385*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
                 PO Box 10390,   Greenville, SC 29603-0390)
13530244      ##+Homady Law,   517 Allegheny Street,    PO Box 507,   Hollidaysburg, PA 16648-0507
                                                                                  TOTALS: 4, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Theresa C Homady    on behalf of Debtor John J. Clinemyer, III thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
              Theresa C Homady    on behalf of Joint Debtor Audrey A. Clinemyer thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
              Theresa C Homady    on behalf of Plaintiff Audrey A. Clinemyer thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
              Theresa C Homady    on behalf of Plaintiff John J. Clinemyer, III thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
                                                                                              TOTAL: 9
```