IN THE UNITED STATE BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 12-71043-JAD |
| | : | |
| John J. Clinemyer, III | : | Chapter 13 |
| Audrey A. Clinemyer | : | |
| Debtor(s) | : | |
| | : | Related to Document No. 145 |
| | : | |
| | : | Document No. 146 |
| | : | |

## **WITHDRAWAL BY ATTORNEY OF DOCUMENT NO. 145**

Please withdraw Document No. 145, as being erroneously filed.

Dated: February 21, 2018

By: /s/ Theresa C. Homady
Theresa C. Homady, Esquire
Homady & Corcoran, LLC
317 Union Street, Suite 105
Hollidaysburg, PA 16648
(814) 696-4020
PA Supreme Court ID # 47042