IN THE UNITED STATE BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| John J. Clinemyer, III | : | Bankruptcy No. 12-71043-JAD |
| Audrey A. Clinemyer | : | |
| Debtors | : | Chapter 13 |
| | : | Doc. No. 148 |
| | : | |
| Ronda J. Winnecour, Trustee | : | |
| Movant | : | |
| | : | Related to Doc. No. 140 |
| v. | : | |
| | : | |
| John J. Clinemyer, III | : | |
| Audrey A. Clinemyer | : | |
| Respondent | : | |

ORDER

AND NOW, this **1st** day of **March**, 2018, good cause having been shown, it is

hereby **ORDERED** AND **DECREED** that the hearing scheduled for March 9, 2018, at

10:00 AM, on the Trustee's Motion to Dismiss **IS CONTINUED** and **RESCHEDULED**

to **Friday, April 6, 2018**, at **10:00 AM** in Courtroom B, First Floor, Penn Traffic Bldg.,

319 Washington Street, Johnstown, PA  15901.*

BY THE COURT:

Jeffery A. Deller                                    **mas**
Chief United States Bankruptcy Judge

* Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom D in Pittsburgh, Pennsylvania. Counsel may appear before the Court at either location.

**CASE ADMINISTRATOR SHALL SERVE:**
All Creditors and Parties in Interest

FILED
3/1/18 7:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 12-71043-JAD
John J. Clinemyer, III                                                Chapter 13
Audrey A. Clinemyer
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: aala          Page 1 of 2          Date Rcvd: Mar 01, 2018
                             Form ID: pdf900       Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2018.
```
db         +John J. Clinemyer, III,   135 Lakefront Drive,   Loretto, PA 15940-9612
jdb        #+Audrey A. Clinemyer,   135 Lakefront Drive,   Loretto, PA 15940-9612
13558267   +AAS Debt Recovery Inc.,   PO Box 129,   Monroeville, PA 15146-0129
13530229   +AAS Debt Recovery Inc.,   2526 Monroeville Blvd., Ste 205A,   Monroeville, PA 15146-2371
13530231   +BAC Home Loans Servicing LP,   7105 Corporate Drive,   Plano, TX 75024-4100
13559446    Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
13530233    Beneficial,   PO Box 4153-K,   Carol Stream, IL 60197-4153
13530234    Capital One,   Bankruptcy Claims,   PO Box 85167,   Richmond, VA 23285-5167
13530235    Chase Bank USA NA,   PO Box 15145,   Wilmington, DE 19850-5145
13530236   +Citibank NA,   701 East 60th Street N,   Sioux Falls, SD 57104-0493
13530239   ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,   c/o DFS Customer Care Dept.,
             PO Box 81577,   Austin, TX 78708-1577)
13530241   +Donald E. Nagy, DDS,   716 Cambria Street,   PO Box 443,   Portage, PA 15946-0443
13530242   +First National Bank of Pennsylvania,   4140 E State Street,   Hermitage, PA 16148-3401
13530245   +HSBC Bank Nevada, NA,   1111 Town Center Drive,   Las Vegas, NV 89144-6364
13530246   +HSBC Retail Services,   PO Box 5244,   Carol Stream, IL 60197-5244
13530248   +KML Law Group, PC,   Suite 5000 - BNY Mellon Independence Cen,   701 Market Street,
             Philadelphia, PA 19106-1538
13530249   +Macys,   Bankruptcy Processing,   PO Box 8053,   Mason, OH 45040-8053
13530251   +NCO Financial Systems, Inc.,   PO Box 4275,   Norcross, GA 30091-4275
13530252    Pennsylvania Department of Revenue,   Dept 280415,   Harrisburg, PA 17128-0415
13530255   +Randall Motors,   3663 Portage Street,   Portage, PA 15946-1100
13530257   +Reliance Savings Bank,   1119 12th Street,   Altoona, PA 16601-3419
13966378   +Veripro Solutions,Inc.,   PO BOX 3244,   Coppell, TX 75019-9244
13530259   +Verizon,   PO Box 3037,   Bloomington, IL 61702-3037
13530260   +Verizon Wireless,   PO Box 3397,   Bloomington, IL 61702-3397
14253498    WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA,   CHRISTIANA TRUST FOR BCAT 2014-9TT,
             C/O Shellpoint Mortgage Servicing,   PO Box 10826,   Greenville SC  29603-0826
13616358    eCast Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr         +E-mail/Text: bnc@bass-associates.com Mar 02 2018 02:30:02   Capital One, N.A.,
             Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,   Tucson, AZ 85712-1083
13530230    E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 02 2018 02:30:48
             American Honda Finance Corporation,   National Bankruptcy Center,   PO Box 168088,
             Irving, TX 75016-8088
13568864    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 02 2018 02:38:48
             American InfoSource LP as agent for,   Verizon,   PO Box 248838,
             Oklahoma City, OK  73124-8838
13530232    E-mail/Text: bnc@bass-associates.com Mar 02 2018 02:30:02   Bass & Associates,
             3936 E. Fort Lowell Road, Suite 200,   Tucson, AZ 85712-1083
13530237   +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 02 2018 02:31:15
             Credit Collection Services,   Two Wells Avenue, Dept 9134,   Newton Center, MA 02459-3225
13530238    E-mail/Text: abovay@creditmanagementcompany.com Mar 02 2018 02:30:57
             Credit Management Company,   2121 Noblestown Road,   PO Box 16346,   Pittsburgh, PA 15242-0346
13535880    E-mail/Text: mrdiscen@discover.com Mar 02 2018 02:30:03   Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13530240    E-mail/Text: mrdiscen@discover.com Mar 02 2018 02:30:03   Discover Financial Services LLC,
             PO Box 3025,   New Albany, OH 43054-3025
13530243   +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2018 02:33:21   GE Capital Retail Bank,
             Attn: Bankruptcy Department,   PO Box 103104,   Roswell, GA 30076-9104
13530247    E-mail/Text: cio.bncmail@irs.gov Mar 02 2018 02:30:09   Internal Revenue Service,
             PO Box 7346,   Philadelphia, PA 19101-7346
13595975    E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 02 2018 02:30:54   Jefferson Capital Systems LLC,
             PO Box 7999,   SAINT CLOUD MN 56302-9617
13530250   +E-mail/Text: egssupportservices@alorica.com Mar 02 2018 02:30:49
             NCO Financial Systems, Inc.,   507 Prudential Road,   Horsham, PA 19044-2308
13530253    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2018 02:54:54
             Portfolio Recovery Associates, LLC,   120 Corporate Boulevard,   Norfolk, VA 23502
13599534    E-mail/Text: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2018 02:33:13
             Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13530254   +E-mail/Text: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2018 02:33:04
             PRA Receivables Management, LLC,   PO Box 12914,   Norfolk, VA 23541-0914
13543507    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 02 2018 02:30:26
             Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
             Harrisburg PA  17128-0946
13542692    E-mail/Text: bkdepartment@rtresolutions.com Mar 02 2018 02:30:50
             Real Time Resolutions, Inc.,   1349 Empire Central Dr, Suite 150,   P.O. Box 36655,
             Dallas, TX 75247
13530256    E-mail/Text: bkdepartment@rtresolutions.com Mar 02 2018 02:30:50
             Real Time Resolutions, Inc.,   Agent for Countrywide/Bank of America,
             1750 Regal Row, Suite 120,   Dallas, TX 75235
```

District/off: 0315-7          User: aala               Page 2 of 2          Date Rcvd: Mar 01, 2018
                             Form ID: pdf900           Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13530258        +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2018 02:33:15       Resurgent Capital,
                PO Box 10497,   Greenville, SC 29603-0497
14119808        +E-mail/Text: Bankruptcy@wsfsbank.com Mar 02 2018 02:31:22
                Wilmington Savings Fund Society, FSB,   500 Delware Avenue, 11th Floor,
                Wilmington Delaware 19801-7405
                                                                                            TOTAL: 20

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Shellpoint Mortgage Servicing
cr              Veripro Solutions, Inc.
cr              WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine
cr*             Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                Harrisburg, PA  17128-0946
13623385*      ++DELL FINANCIAL SERVICES,   P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
                PO Box 10390,   Greenville, SC 29603-0390)
13530244      ##+Homady Law,   517 Allegheny Street,   PO Box 507,   Hollidaysburg, PA 16648-0507
                                                                              TOTALS: 4, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018

Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2018 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com/bkgroup@kmllawgroup.com
        Andrew F Gornall    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
          as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
          2014-9TT agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com/bkgroup@kmllawgroup.com
        James   Warmbrodt    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
          as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
          2014-9TT bkgroup@kmllawgroup.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        Theresa C  Homady    on behalf of Debtor John J. Clinemyer, III thomady1@msn.com,
          homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
        Theresa C  Homady    on behalf of Joint Debtor Audrey A. Clinemyer thomady1@msn.com,
          homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
        Theresa C  Homady    on behalf of Plaintiff Audrey A. Clinemyer thomady1@msn.com,
          homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
        Theresa C  Homady    on behalf of Plaintiff John J. Clinemyer, III thomady1@msn.com,
          homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
                                                                              TOTAL: 9