UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | JOHN J. & AUDREY A. CLINEMYER |
| Case Number: | 12-71043-JAD    Chapter: 13 |
| Date / Time / Room: | FRIDAY, APRIL 06, 2018 10:00 AM    COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

*Matter:*

Rescheduled - Trustee's Motion To Dismiss filed by Ronda J. Winnecour, Chapter 13 Trustee
- CNO filed by Trustee Winnecour 2/14/2018 at Doc. No. 144
- Response filed by Debtors 2/21/2018 at Doc. No. 145 [Due 2/13/2018]
- Withdrawal of Response filed by Debtors 2/21/2018 at Doc. 146
- Response filed by Debtors 2/21/2018 at Doc. No. 147
- Order entered 2/1/2018 Cancelling / Rescheduling 3/9/2018 Hearing To 4/6/2018
R / M #:    140 / 0

*Appearances:*

CHAPTER 13 TRUSTEE:    WINNECOUR / KATZ / PAIL /D.Sim__
DEBTORS:    THERESA C. HOMADY, ESQUIRE
CREDITOR:

*Proceedings:*

___ Motion is GRANTED / DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER: 
    ✓ For At Least __30__ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at
         _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order - NONJURY / JURY
    _____ Simple / Pretrial Order - NONJURY / JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Continue Matter For At Least 30 Days**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
4/6/18 12:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA