UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

*Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | JOHN J. & AUDREY A. CLINEMYER |
| Case Number: | 12-71043-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, JUNE 13, 2018 10:00 AM   COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

*Matter:*

Continued - Trustee's Motion To Dismiss filed by Ronda J. Winnecour, Chapter 13 Trustee
- CNO filed by Trustee Winnecour 2/14/2018 at Doc. No. 144
- Response filed by Debtors 2/21/2018 at Doc. No. 145  [Due 2/13/2018]
- Withdrawal of Response filed by Debtors 2/21/2018 at Doc. 146
- Response filed by Debtors 2/21/2018 at Doc. No. 147
- Order entered 2/1/2018 Cancelling / Rescheduling 3/9/2018 Hearing To 4/6/2018
- Hearing Held 4/6/2018 - Continued To 6/13/2018
R / M #:  140 / 0

*Appearances:*

CHAPTER 13 TRUSTEE:   WINNECOUR / KATZ / PAIL
DEBTORS:  THERESA C. HOMADY, ESQUIRE   / Petak
CREDITOR:

*Proceedings:*

__✓__ Motion is GRANTED / DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
   _____ For At Least _____ Days (Court To Issue Scheduling Order)
   _____ To Hearing Date Of _____ at _____ AM/PM at _____
   _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
   _____ Evidentiary Hearing On Value And Cram-Down Interest
   _____ Complex / Pretrial Order - NONJURY  /  JURY
   _____ Simple / Pretrial Order - NONJURY  /  JURY
   _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Order entered 6/13/2018 Granting Motion**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
6/13/18 3:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA