IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>John J. Clinemyer, III<br>Audrey A. Clinemyer<br>      Debtor<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>      Movant(s)<br><br>      Vs.<br>John J. CLinemyer, III<br>Audrey A. Clinemyer<br>      Respondent | Bankruptcy No. 12-71043JAD<br><br>Chapter 13<br><br>Related To Doc. No. 140 |

## ORDER

AND NOW, this _13th_ day of _June_ , **2018**, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐     This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☑     This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then t is **FURTHER ORDERED** as follows:

    A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

    B.    This case is administratively closed. However, the Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

    C.    The Clerk shall give notice to all creditors of this dismissal.

    D.    Any motion to reopen must be accompanied by the appropriate

1

      reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $ 0.?v portion of the original filing fee.

E.    The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1)    the time deadline provided by state law; or

(2)    30 days after the date of this notice.

☐    This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $_____ effective .

☐    This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed _____ with / _____ without prejudice, without further notice or hearing.

☐    Other:

BY THE COURT:

Dated: 6-13-2018

_____
Jeffery A. Deller
Chief United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
All Creditors and Parties in Interest

FILED
6/13/18 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 12-71043-JAD
John J. Clinemyer, III                                                     Chapter 13
Audrey A. Clinemyer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: bsil              Page 1 of 2           Date Rcvd: Jun 13, 2018
                      Form ID: pdf900        Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2018.
```
db           +John J. Clinemyer, III,    135 Lakefront Drive,    Loretto, PA 15940-9612
jdb         #+Audrey A. Clinemyer,    135 Lakefront Drive,    Loretto, PA 15940-9612
13530229     +AAS Debt Recovery Inc.,    2526 Monroeville Blve., Ste 205A,    Monroeville, PA 15146-2371
13558267     +AAS Debt Recovery Inc.,    PO Box 129,    Monroeville, PA 15146-0129
13530231     +BAC Home Loans Servicing LP,    7105 Corporate Drive,    Plano, TX 75024-4100
13559446      Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13530233      Beneficial,    PO Box 4153-K,    Carol Stream, IL 60197-4153
13530235      Chase Bank USA NA,    PO Box 15145,    Wilmington, DE 19850-5145
13530236     +Citibank NA,    701 East 60th Street N,    Sioux Falls, SD 57104-0493
13530239    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,    c/o DFS Customer Care Dept.,
               PO Box 81577,    Austin, TX 78708-1577)
13530241     +Donald E. Nagy, DDS,    716 Cambria Street,    PO Box 443,    Portage, PA 15946-0443
13530242     +First National Bank of Pennsylvania,    4140 E State Street,    Hermitage, PA 16148-3401
13530245     +HSBC Bank Nevada, NA,    1111 Town Center Drive,    Las Vegas, NV 89144-6364
13530246     +HSBC Retail Services,    PO Box 5244,    Carol Stream, IL 60197-5244
13530248     +KML Law Group, PC,    Suite 5000 - BNY Mellon Independence Cen,    701 Market Street,
               Philadelphia, PA 19106-1538
13530249     +Macys,    Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
13530251     +NCO Financial Systems, Inc.,    PO Box 4275,    Norcross, GA 30091-4275
13530252      Pennsylvania Department of Revenue,    Dept 280415,    Harrisburg, PA 17128-0415
13530255     +Randall Motors,    3663 Portage Street,    Portage, PA 15946-1100
13530257     +Reliance Savings Bank,    1119 12th Street,    Altoona, PA 16601-3419
13966378     +Veripro Solutions,Inc.,    PO BOX 3244,    Coppell, TX 75019-9244
14253498      WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA,    CHRISTIANA TRUST FOR BCAT 2014-9TT,
               C/O Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville SC  29603-0826
13616358      eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/Text: bnc@bass-associates.com Jun 14 2018 01:57:07      Capital One, N.A.,
               Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
13530230      E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 14 2018 01:58:27
               American Honda Finance Corporation,    National Bankruptcy Center,    PO Box 168088,
               Irving, TX 75016-8088
13568864      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 14 2018 02:02:43
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
13530232      E-mail/Text: bnc@bass-associates.com Jun 14 2018 01:57:07      Bass & Associates,
               3936 E. Fort Lowell Road, Suite 200,    Tucson, AZ 85712-1083
13530234      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2018 02:02:40      Capital One,
               Bankruptcy Claims,    PO Box 85167,    Richmond, VA 23285-5167
13530237     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 14 2018 01:59:05
               Credit Collection Services,    Two Wells Avenue, Dept 9134,    Newton Center, MA 02459-3225
13530238      E-mail/Text: abovay@creditmanagementcompany.com Jun 14 2018 01:58:37
               Credit Management Company,    2121 Noblestown Road,    PO Box 16346,    Pittsburgh, PA 15242-0346
13535880      E-mail/Text: mrdiscen@discover.com Jun 14 2018 01:57:08      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13530240      E-mail/Text: mrdiscen@discover.com Jun 14 2018 01:57:08      Discover Financial Services LLC,
               PO Box 3025,    New Albany, OH 43054-3025
13530243     +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2018 02:02:38      GE Capital Retail Bank,
               Attn: Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
13530247      E-mail/Text: cio.bncmail@irs.gov Jun 14 2018 01:57:18      Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
13595975      E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 14 2018 01:58:31      Jefferson Capital Systems LLC,
               PO BOX 7999,    SAINT CLOUD MN 56302-9617
13530250     +E-mail/Text: egssupportservices@alorica.com Jun 14 2018 01:58:27
               NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
13530253      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2018 02:03:22
               Portfolio Recovery Associates, LLC,    120 Corporate Boulevard,    Norfolk, VA 23502
13599534      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2018 02:03:02
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13530254     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2018 02:03:22
               PRA Receivables Management, LLC,    PO Box 12914,    Norfolk, VA 23541-0914
13543507      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2018 01:58:06
               Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
               Harrisburg PA  17128-0946
13542692      E-mail/Text: bkdepartment@rtresolutions.com Jun 14 2018 01:58:28
               Real Time Resolutions, Inc.,    1349 Empire Central Dr, Suite 150,    P.O. Box 36655,
               Dallas, TX 75247
13530256      E-mail/Text: bkdepartment@rtresolutions.com Jun 14 2018 01:58:28
               Real Time Resolutions, Inc.,    Agent for Countrywide/Bank of America,
               1750 Regal Row, Suite 120,    Dallas, TX 75235
```

```
District/off: 0315-7           User: bsil                Page 2 of 2               Date Rcvd: Jun 13, 2018
                               Form ID: pdf900           Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13530258       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 14 2018 02:02:44      Resurgent Capital,
                 PO Box 10497,    Greenville, SC 29603-0497
13530259       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 14 2018 01:57:04
                 Verizon,    PO Box 3037,    Bloomington, IL 61702-3037
13530260       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 14 2018 01:57:04
                 Verizon Wireless,    PO Box 3397,    Bloomington, IL 61702-3397
14119808       +E-mail/Text: Bankruptcy@wsfsbank.com Jun 14 2018 01:59:14
                 Wilmington Savings Fund Society, FSB,    500 Delware Avenue, 11th Floor,
                 Wilmington Delaware 19801-7405
                                                                                                 TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Shellpoint Mortgage Servicing
cr              Veripro Solutions, Inc.
cr              WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine
cr*            Pennsylvania Department Of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA  17128-0946
13623385*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
13530244      ##+Homady Law,    517 Allegheny Street,    PO Box 507,    Hollidaysburg, PA 16648-0507
                                                                                  TOTALS: 4, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Theresa C  Homady    on behalf of Debtor John J. Clinemyer, III thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
              Theresa C  Homady    on behalf of Joint Debtor Audrey A. Clinemyer thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
              Theresa C  Homady    on behalf of Plaintiff Audrey A. Clinemyer thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
              Theresa C  Homady    on behalf of Plaintiff John J. Clinemyer, III thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
                                                                                                 TOTAL: 9
```