**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JOHN J. CLINEMYER, III
AUDREY A. CLINEMYER
        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:12-71043 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 12/12/2012  and confirmed on 02/21/2013 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 112,618.67 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 112,618.67 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,096.00 | |
| Trustee Fee | 4,261.65 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,357.65 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 8448 | 13,572.78 | 13,572.78 | 0.00 | 13,572.78 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 8448 | 0.00 | 0.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 8448 | 0.00 | 82,827.14 | 0.00 | 82,827.14 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 8448 | 0.00 | 0.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 8448 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 0582 | 1,302.02 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 0582 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*)<br>Acct: 9345 | 7,713.59 | 7,713.59 | 649.42 | 8,363.01 |
| | | | | 104,762.93 |

Priority

| 12-71043 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| THERESA C HOMADY ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHN J. CLINEMYER, III | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HOMADY LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THERESA C HOMADY ESQ | 2,096.00 | 2,096.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 7,153.53 | 498.09 | 0.00 | 498.09 |
| Acct: 0582 | | | | |
| PA DEPARTMENT OF REVENUE* | 1,435.75 | 0.00 | 0.00 | 0.00 |
| Acct: 0582 | | | | |
| | | | | 498.09 |

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| VERIPRO SOLUTIONS INC | 64,947.70 | 0.00 | 0.00 | 0.00 |
| Acct: 6651 | | | | |
| AMERICAN HONDA FINANCE CORP* | 3,779.06 | 0.00 | 0.00 | 0.00 |
| Acct: 4600 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8261 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1716 | | | | |
| DELL FINANCIAL SERVICES LLC | 1,492.03 | 0.00 | 0.00 | 0.00 |
| Acct: 0093 | | | | |
| DISCOVER BANK(*) | 6,363.91 | 0.00 | 0.00 | 0.00 |
| Acct: 7925 | | | | |
| DISCOVER BANK(*) | 3,517.25 | 0.00 | 0.00 | 0.00 |
| Acct: 6652 | | | | |
| DONALD E NAGY, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8120 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| ECAST SETTLEMENT CORP** | 142.66 | 0.00 | 0.00 | 0.00 |
| Acct: 1845 | | | | |
| INTERNAL REVENUE SERVICE* | 3,011.77 | 0.00 | 0.00 | 0.00 |
| Acct: 0582 | | | | |
| MACY'S++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 896.51 | 0.00 | 0.00 | 0.00 |
| Acct: 2977 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 21,733.90 | 0.00 | 0.00 | 0.00 |
| Acct: 1836 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 2,246.44 | 0.00 | 0.00 | 0.00 |
| Acct: 9305 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 260.50 | 0.00 | 0.00 | 0.00 |
| Acct: 3311 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 11,475.73 | 0.00 | 0.00 | 0.00 |
| Acct: 8673 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 7,157.12 | 0.00 | 0.00 | 0.00 |
| Acct: 5031 | | | | |
| RANDALL MOTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 12-71043 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| RELIANCE SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR \ | 219.58 | 0.00 | 0.00 | 0.00 |
|    Acct: 0001 | | | | |
| VERIZON WIRELESS**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
| PA DEPARTMENT OF REVENUE* | 371.58 | 0.00 | 0.00 | 0.00 |
|    Acct: 0582 | | | | |
| FIRST NATIONAL BANK OF PA** | 8,855.49 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXX8120 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR \ | 490.05 | 0.00 | 0.00 | 0.00 |
|    Acct: 7008 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,726.68 | 0.00 | 0.00 | 0.00 |
|    Acct: 5029 | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                           105,261.02

TOTAL CLAIMED
PRIORITY              8,589.28
SECURED             22,588.39
UNSECURED         138.687.96

Date: 07/22/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com